Alan I. Goodman, Cleveland, OH, for Petitioner.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Wilfredo RODRIGUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

**No. 2008–3234.**

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2008.

James W. Poirier, Department of Justice, Jo Ann Chabot, Office of Personnel Management, Washington, DC, for Respondent.

Michael A. Steinberg, Michael A. Steinberg & Associates, Tampa, FL, for Petitioner.

**Jo Ann JONES, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

**No. 2008–3297.**

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2008.

Melvin C. Hall, Riggs, Abney, Neal, Turpen, Orbison, Oklahoma City, OK, for Petitioner.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,